UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2026

EDWARD HESS, III,

                    Plaintiff,

          -v-

METRO NORTH COMMUTER RAILROAD
COMPANY,

                    Defendant.

**ORDER**

24-CV-7609 (VM)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on February 25, 2026 to discuss settlement. The parties advised that they will hold a private mediation on March 24, 2026 and do not wish to schedule a settlement conference with the Court at this time. The parties further advised that there are no discovery issues they wish to raise with the Court. The parties' only request is to set a firm trial date. Because the parties have not consented to magistrate judge jurisdiction, the undersigned cannot set a trial date. Accordingly, the parties must ask Judge Marrero to set a trial date.

**SO ORDERED.**

Dated: February 25, 2026
         New York, New York

Henry J. Ricardo
United States Magistrate Judge

1