USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/26/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDWARD HESS, III,

                    Plaintiff,

        - against -

METRO NORTH COMMUTER RAILROAD COMPANY,

                    Defendant.

---

**24 CV 7609 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The Court directs the parties to submit a joint letter proposing a trial date after mediation efforts, currently scheduled for March 24, 2026, have concluded.

**SO ORDERED.**

Dated:    26 February 2026
          New York, New York

Victor Marrero
U.S.D.J.