UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2026

EDWARD HESS, III,

                    Plaintiff,

          -v-

METRO NORTH COMMUTER RAILROAD
COMPANY,

                    Defendant.

**ORDER**

24-CV-7609 (VM) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 3, 2026, Plaintiff filed a letter, ECF No. 24, stating that the parties settled this matter at mediation. To date, no stipulation of dismissal has been filed. The parties are directed to file a joint status letter by **June 3, 2026** addressing the status of settlement and whether a settlement conference would be helpful to resolve this case.

**SO ORDERED.**

Dated: May 27, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge